**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__USA__ District of __USA__
(State)

Case number (If known): _____ Chapter 15

FILED
DEC 02 2024
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**    NASDAQ , INC. , EIN# 52-1165937

**2. Debtor's unique identifier**

For non-individual debtors:

☒ Federal Employer Identification Number (EIN)  5 2 - 1 1 6 5 9 3 7

☐ Other _____. Describe identifier _____

For individual debtors:

☒ Social Security number: xxx – xx– 9 9 0 9

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☐ Other _____. Describe identifier _____

**3. Name of foreign representative(s)**    ROBERT W JOHNSON , SS# 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

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**    BANKRUPTCY AND WHISTLEBLOWER .

**5. Nature of the foreign proceeding**

Check one:
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
(see attached documents)

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☐ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

Debtor   NASDAQ , INC. , EIN# 52-1165937
         Name

Case number (if known) _____

**8. Others entitled to notice**  Attach a list containing the names and addresses of:
(i) all persons or bodies authorized to administer foreign proceedings of the debtor,
(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

USA

Debtor's registered office:

ONE LIBERTY PLAZA
Number    Street

P.O. Box

NEW YORK , NY 10006
City    State/Province/Region    ZIP/Postal Code

USA
Country

Individual debtor's habitual residence:

65 SIDNEY ST
Number    Street

P.O. Box

BUFFALO , NY 14211
City    State/Province/Region    ZIP/Postal Code

USA
Country

Address of foreign representative(s):

65 SIDNEY ST
Number    Street

P.O. Box

BUFFALO , NY 14211
City    State/Province/Region    ZIP/Postal Code

USA
Country

**10. Debtor's website (URL)**    ir.nasdaq.com

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☒ Other. Specify: ___FOREIGN STOCK EXCHANGE___

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor: NASDAQ, INC., EIN# 52-1165937

Case number (if known): _____

**12. Why is venue proper in this district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____[DocuSigned]_____  Robert W Johnson ESQ
Signature of foreign representative    Printed name

Executed on ___/___/___ (MM/DD/YYYY)

X _____[DocuSigned]_____  Robert W Johnson ESQ
Signature of foreign representative    Printed name

Executed on ___/___/___ (MM/DD/YYYY)

**14. Signature of attorney**

X _____[DocuSigned]_____  Date ___/___/___ (MM/DD/YYYY)
Signature of Attorney for foreign representative

Printed name: Robert W Johnson ESQ

Firm name: 65 SIDNEY ST
Number   Street

City: BUFFALO    State: NY   ZIP Code: 14211

Contact phone: 716-445-1734

Email address: atemllc2023@gmail.com

Bar number: 9999999-9

State: USA